# Order

Michigan Supreme Court
Lansing, Michigan

January 12, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156057-8

DENISHIO JOHNSON,
             Plaintiff-Appellant,

v

CURT VANDERKOOI, ELLIOT BARGAS,
and CITY OF GRAND RAPIDS,
             Defendants-Appellees.

SC: 156057
COA: 330536
Kent CC: 14-007226-NO

_____/

KEYON HARRISON,
             Plaintiff-Appellant,

v

CURT VANDERKOOI and CITY OF GRAND
RAPIDS,
             Defendants-Appellees.

SC: 156058
COA: 330537
Kent CC: 14-002166-NO

_____/

        On order of the Court, the application for leave to appeal the May 23, 2017 judgments of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.305(H)(1). The appellants shall file a supplemental brief within 35 days of the date of this order addressing whether any alleged violation of the plaintiffs' constitutional rights were the result of a policy or custom instituted or executed by the defendant City of Grand Rapids. See *Monell v Dep't of Human Services*, 436 US 658 (1978). In addition to the brief, the appellants shall electronically file an appendix conforming to MCR 7.312(D)(2). In the brief, citations to the record must provide the appendix page numbers as required by MCR 7.312(B)(1). The appellees shall file a supplemental brief within 21 days of being served with the appellants' brief. The appellees shall also electronically file an appendix, or in the alternative, stipulate to the use of the appendix filed by the appellants. A reply,

if any, must be filed by the appellants within 14 days of being served with the appellees' brief. The parties should not submit mere restatements of their application papers.

Persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae. Motions for permission to file briefs amicus curiae and briefs amicus curiae must be filed within 14 days after the appellees' supplemental brief is filed with the Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 12, 2018



Clerk

t0109